IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAKOTA LOMAX**                                                                                  **PLAINTIFF**
**ADC #132458**

v.                          **Case No. 5:14-cv-00206-KGB**

**JAMES BANKS,** *et al.*                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing without prejudice Mr. Lomax's complaint for failure to state a claim upon which relief may be granted. The relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 18th day of February, 2015.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE